# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER, AND ON BEHALF OF MINOR WIESNER,
Appellant,
vs.
AMERICAN INTERNATIONAL GROUP,
Respondent.

No. 66494

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal purportedly from an order dated March 2, 2011.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant's notice of appeal, filed September 9, 2014, was filed more than thirty days after the order from which she purports to appeal. See NRAP 4(a)(1); NRAP 26(c). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]In light of this disposition, any pending motions or documents are rendered moot.

16-37344

cc: Hon. Mark R. Denton, District Judge
DeAnn Justine Wiesner
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A